**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NEW JERUSALEM DELIVERANCE CHURCH,

    Plaintiff,

v.                                                  Case No. 10-12566

THOMAS RABETTE, et al.,

    Defendants.

_____/

## PRELIMINARY SCHEDULING ORDER

The court held a scheduling conference on November 18, 2010.[1] The circumstances of the case are such that the action may become moot, and, in the interest of economy, only limited discovery is necessary at this time. Defendants Thomas Rabette, Michael Bouchard, Oakland County, and American Process Service, Inc., shall engage with Plaintiff in the limited discovery discussed at the conference, including by providing certain insurance and bonding documents as well as by responding to Plaintiff's interrogatories. Counsel for those Defendants stated the documents sought were in hand and ready to be produced. After that limited discovery has taken place, the court will hold an additional scheduling conference to appraise the status of the case and to determine whether any further discovery, including any deposition, is necessary. Accordingly,

---

[1] Defendant Evangelical Christian Credit Union and Defendants Michael Bouchard, Oakland County, Thomas Rabette, and American Process Service, Inc., are represented by separate counsel. Both attorneys were present for the conference.

IT IS ORDERED that Plaintiff and Defendants Thomas Rabette, Michael Bouchard, Oakland County, and American Process Service, Inc. are DIRECTED to complete the limited discovery agreed upon at the scheduling conference and described above by **January 12, 2011**.

IT IS FURTHER ORDERED that Plaintiff's and Defendants' respective counsel are DIRECTED to appear for a scheduling conference on **January 13, 2011, at 10:30 a.m.** Counsel for Defendant Evangelical Christian Credit Union may, but is not required, to attend.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 19, 2010, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522