UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW JERUSALEM DELIVERANCE CHURCH,

    Plaintiff,

v.                                                         Case No. 10-12566

THOMAS RABETTE, et al.,

    Defendants.
                                                             /

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER, CLOSING DISCOVERY, AND DIRECTING DEFENDANTS TO FILE MOTION FOR SUMMARY JUDGMENT**

The court held a hearing on Defendants' motion for a protective order on January 20, 2011. In accordance with the court's ruling at that hearing, and for the reasons stated more fully on the record,

IT IS ORDERED that Defendants' "Motion for Protective Order" [Dkt. # 20] is GRANTED.

IT IS FURTHER ORDERED that the period for discovery in this matter initiated by the court's November 19, 2010, preliminary scheduling order is CLOSED.

Finally, IT IS ORDERED that Defendants are DIRECTED to file in a timely fashion a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, supported with documentation, on the issue of whether Defendant Rabette was lawfully appointed as a special deputy sheriff with the authority to conduct a sheriff's sale and execute a sheriff's deed. The court suggests that Defendants file that motion by **February 4, 2011**, although they may file it after that date if necessary. Plaintiff's response and any reply will follow the briefing schedule set forth in the Local Rule 7.1(e)

of the Eastern District of Michigan. Plaintiff may, but is not required to, respond by filing an affidavit or declaration seeking limited discovery pursuant to Rule 56(d). Any such discovery requests must be cogent and targeted.

                         s/Robert H. Cleland
                         ROBERT H. CLELAND
                         UNITED STATES DISTRICT JUDGE

Dated: January 24, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 24, 2011, by electronic and/or ordinary mail.

                         s/Lisa Wagner
                         Case Manager and Deputy Clerk
                         (313) 234-5522